*IN THE UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*
*MACON DIVISION*

| | |
|---|---|
| *EQUAL EMPLOYMENT* | : |
| *OPPORTUNITY COMMISSION,* | : |
| | : |
| *Plaintiff,* | : |
| | : |
| *APRIL LEPERA,* | : |
| | : |
| *Plaintiff-Intervenor,* | : |
| | : |
| *v.* | : CASE NO. 5:03-cv-219 (WDO) |
| | : |
| *CAGLE'S, INC.,* | : |
| | : |
| *Defendant.* | : |

# J U D G M E N T

The Court by Order dated and filed February 1, 2005, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff. Defendant is awarded its costs of this action.

This 1st day of February, 2005.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**