# ESQUIRE™
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

Esquire Deposition Services, LLC
A Hobart West Company
Tax ID # 22-3779684
5410 N.W. 33rd Avenue, Suite 100
Fort Lauderdale, FL 33309
954-731-6616

413307    DORS 01

| INVOICE NUMBER | DATE |
|---|---|
| 32181ATL | 05/18/04 |

To:
Wimberly, Lawson, Steckel, Nelson & Schneider
3400 Peachtree Road, N.E.
Lenox Towers, Suite 400
Atlanta, GA 30326

ATTN : J.LARRY STINE, ESQ.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
EEOC & LEPERA VS. CAGLE'S

| | | | |
|---|---|---|---|
| SERVICES PROVIDED ON 04/22/04: | | | |
| OLIVER NEAL SHAW | 1- 118   118 PGS @ $2.30 | 271.40 | 1CC |
| EXHIBITS & TABS/BLACK & WHITE | 12 @ $0.50 | 6.00 | |
| ASCII OR CONDENSED TRANSCRIPT | | 15.00 | |
| SHIPPING & HANDLING | | 40.00 | |
| THANK YOU | | | |

PAID
Cagle's/H Perry  2373.10
CK. NO. 31071
DATE 7/15

BALANCE DUE

TOTAL  332.40

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
800-584-3500
Fax 954-733-5978

Please detach and send with payment





# ESQUIRE™
## DEPOSITION SERVICES
### A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
1180 West Peachtree Street, Suite 650
Atlanta, GA 30309
404-872-7890

413406    DORS 01

| INVOICE NUMBER | DATE |
|---|---|
| 32700ATL | 06/15/04 |

**To:**
Wimberly, Lawson, Steckel, Nelson & Schneider
3400 Peachtree Road, N.E.
Lenox Towers, Suite 400
Atlanta, GA 30326

ATTN : J.LARRY STINE, ESQ.

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
LEPERA VS. CAGLE'S

| | | | |
|---|---|---|---|
| SERVICES PROVIDED ON 05/03/04: | | | |
| ALAN HABEGGER | 1- 108   108 PGS @ $2.50 | 270.00 | 1CC |
| EXHIBITS & TABS/BLACK & WHITE | 17 @ $0.50 | 8.50 | |
| E TRANSCRIPT | | 20.00 | |
| ASCII OR CONDENSED TRANSCRIPT | | 15.00 | |
| JOB SITE: AUGUSTA, GA | | | |
| HANDLING | | 30.00 | |
| HAND DELIVERED | | | |
| THANK YOU | | | |

PAID
CK. NO. 31072
DATE 7-15

BALANCE DUE          TOTAL   343.50   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
800-584-3500
Fax 954-733-5978

Please detach and send with payment





**Esquire Deposition Services, LLC**
A Hobart West Company
Tax ID # 22-3779684
5410 N.W. 33rd Avenue, Suite 100
Fort Lauderdale, FL 33309
954-731-6616

413375      DORS 01

To:
Wimberly, Lawson, Steckel, Nelson & Schneider
3400 Peachtree Road, N.E.
Lenox Towers, Suite 400
Atlanta, GA 30326

ATTN : J.LARRY STINE, ESQ.

| INVOICE NUMBER | DATE |
|---|---|
| 32184ATL | 05/18/04 |

Due Upon Receipt | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:
EEOC & LEPERA VS. CAGLE'S

| SERVICES PROVIDED ON 04/29/04: | | | | |
|---|---|---|---|---|
| CLEMENT DAVID MOORE | 1- 73 | 73 PGS @ $2.30 | 167.90 | 1CC |
| EXHIBITS & TABS/BLACK & WHITE | | 4 @ $0.50 | 2.00 | |
| ASCII OR CONDENSED TRANSCRIPT | | | 15.00 | |
| SHIPPING & HANDLING | | | 40.00 | |
| THANK YOU | | | | |

Cagles Perry 2373.10

**PAID**

BALANCE DUE  CK. NO. 31153   TOTAL   224.90   Thank You!
              DATE  8-11

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
800-584-3500
Fax 954-733-5978

Please detach and send with payment

Lyon Reporting, Inc.
Certified Court Reporters
Post Office Box 81124
Atlanta, Georgia 30366
(770) 458-5500
Federal ID# 58-1798114

KATHLEEN J. JENNINGS, ESQ.　　　　　　　　　July 26, 2004
WIMBERLY, LAWSON, STECKEL,
　　NELSON & SCHNEIDER, P.C.　　　　　　　　Invoice# 10460
SUITE 400, LENOX TOWERS
3400 PEACHTREE ROAD, N.E.　　　　　　　　　Balance: $1,387.51
ATLANTA, GEORGIA 30326-1107


　Caption: EEOC and APRIL LEPERA vs. CAGLE'S INC.
　　　　　　NO. 5:03-CV-0219-2
Scheduled: 12/19/03　　Billed: 02/12/04　　　<-- 164 Days Old!
Reporter: SARAH E. MAGNAN, RPR


Invoicing　Information


Charge Description

ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT
OF APRIL LEPERA, TAKEN AT 830 MULBERRY STREET,
SUITE 203, MACON, GEORGIA, ON DECEMBER 19, 2003,
PLUS COMPRESSED TRANSCRIPT WITH WORD INDEX AND
ASCII DISK.

*　TRANSCRIPT SENT VIA UPS ON 1/14/04.

PAID  CK. NO. 31246  DATE 8-31

PAST DUE

1.50% per month on unpaid balance　　　　　　　　　　　　　　　　　60.61


　　　　　Please　Remit　--->　Total Due: $1,387.51


INVOICE IS DUE AND PAYABLE UPON RECEIPT.
* LYON REPORTING CELEBRATES 30 YEARS OF SERVICE *

This invoice is 164 days past due, Please Remit - Thank You!
************************************************************